AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

|  |  |
|---|---|
| CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated, <br><br>*Plaintiff(s)* <br><br> v. <br><br> SIX FLAGS ENTERTAINMENT CORPORATION, RICHARD A. ZIMMERMAN, SELIM BASSOUL, GARY MICK, LOUIS CARR, MICHELLE FRYMIRE, DANIEL HANRAHAN, CHIEH HUANG, JENNIFER MASON, ENRIQUE RAMIREZ MENA, D. SCOTT OLIVET, ARIK RUCHIM, and MARILYN SPIEGEL, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  3:25-cv-02394 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    SIX FLAGS ENTERTAINMENT CORPORATION
8701 Red Oak Blvd.
Charlotte, NC 28217

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY
1114 Dublin Road
Columbus, OH  43215
Telephone:  614/488-0400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CHRISTIAN CAPECE, CLERK OF COURT

Date:  11/6/2025

/s/ Erica Roberts

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:25-cv-02394

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated, | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No.  3:25-cv-02394 |
| SIX FLAGS ENTERTAINMENT CORPORATION, RICHARD A. ZIMMERMAN, SELIM BASSOUL, GARY MICK, LOUIS CARR, MICHELLE FRYMIRE, DANIEL HANRAHAN, CHIEH HUANG, JENNIFER MASON, ENRIQUE RAMIREZ MENA, D. SCOTT OLIVET, ARIK RUCHIM, and MARILYN SPIEGEL, | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

To: *(Defendant's name and address)*　　**SUMMONS IN A CIVIL ACTION**

Six Flags Entertainment Corporation
C/O Registered Agent:
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　　MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY
1114 Dublin Road
Columbus, OH  43215
Telephone:  614/488-0400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CHRISTIAN CAPECE, CLERK OF COURT*

Date:  11/6/2025　　　　　　　　　　　　　　　　　　/s/ Erica Roberts
　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. **3:25-cv-02394**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated, | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| SIX FLAGS ENTERTAINMENT CORPORATION, RICHARD A. ZIMMERMAN, SELIM BASSOUL, GARY MICK, LOUIS CARR, MICHELLE FRYMIRE, DANIEL HANRAHAN, CHIEH HUANG, JENNIFER MASON, ENRIQUE RAMIREZ MENA, D. SCOTT OLIVET, ARIK RUCHIM, and MARILYN SPIEGEL, | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  3:25-cv-02394

To: *(Defendant's name and address)*

**SUMMONS IN A CIVIL ACTION**

RICHARD A. ZIMMERMAN
21614 Norman Shores Drive
Cornelius, NC  28031

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY
1114 Dublin Road
Columbus, OH  43215
Telephone:  614/488-0400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CHRISTIAN CAPECE, CLERK OF COURT*

Date:  11/6/2025

/s/ Erica Roberts

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:25-cv-02394

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated, | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No.  3:25-cv-02394 |
| SIX FLAGS ENTERTAINMENT CORPORATION, RICHARD A. ZIMMERMAN, SELIM BASSOUL, GARY MICK, LOUIS CARR, MICHELLE FRYMIRE, DANIEL HANRAHAN, CHIEH HUANG, JENNIFER MASON, ENRIQUE RAMIREZ MENA, D. SCOTT OLIVET, ARIK RUCHIM, and MARILYN SPIEGEL, | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

To: *(Defendant's name and address)*

SUMMONS IN A CIVIL ACTION

SELIM BASSOUL
2200 Victory Avenue, Apt. 2501
Dallas, TX 75219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY
1114 Dublin Road
Columbus, OH  43215
Telephone:  614/488-0400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CHRISTIAN CAPECE, CLERK OF COURT

Date:  11/6/2025

/s/ Erica Roberts

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. **3:25-cv-02394**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____                         _____
                                                                    *Server's signature*

                                                                   _____
                                                                    *Printed name and title*


                                                                   _____
                                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | |
|---|---|
| CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated, | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No. 3:25-cv-02394 |
| SIX FLAGS ENTERTAINMENT CORPORATION, RICHARD A. ZIMMERMAN, SELIM BASSOUL, GARY MICK, LOUIS CARR, MICHELLE FRYMIRE, DANIEL HANRAHAN, CHIEH HUANG, JENNIFER MASON, ENRIQUE RAMIREZ MENA, D. SCOTT OLIVET, ARIK RUCHIM, and MARILYN SPIEGEL, | ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

To: *(Defendant's name and address)* 

**SUMMONS IN A CIVIL ACTION**

GARY MICK
1309 Avon Terrace
Southlake, TX 76092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY
1114 Dublin Road
Columbus, OH 43215
Telephone: 614/488-0400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CHRISTIAN CAPECE, CLERK OF COURT*

Date: 11/6/2025

/s/ Erica Roberts

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:25-cv-02394

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated, | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 3:25-cv-02394 |
| SIX FLAGS ENTERTAINMENT CORPORATION, RICHARD A. ZIMMERMAN, SELIM BASSOUL, GARY MICK, LOUIS CARR, MICHELLE FRYMIRE, DANIEL HANRAHAN, CHIEH HUANG, JENNIFER MASON, ENRIQUE RAMIREZ MENA, D. SCOTT OLIVET, ARIK RUCHIM, and MARILYN SPIEGEL, | ) ) ) ) ) ) |
| *Defendant(s)* | ) ) |

To: *(Defendant's name and address)*
SUMMONS IN A CIVIL ACTION

LOUIS CARR
4901 South Greenwood Avenue
Chicago, IL 60615

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY
1114 Dublin Road
Columbus, OH 43215
Telephone: 614/488-0400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CHRISTIAN CAPECE, CLERK OF COURT

Date: 11/6/2025

/s/ Erica Roberts

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:25-cv-02394

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                   *Server's signature*

                                           _____
                                                   *Printed name and title*

                                           _____
                                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated,<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>SIX FLAGS ENTERTAINMENT CORPORATION, RICHARD A. ZIMMERMAN, SELIM BASSOUL, GARY MICK, LOUIS CARR, MICHELLE FRYMIRE, DANIEL HANRAHAN, CHIEH HUANG, JENNIFER MASON, ENRIQUE RAMIREZ MENA, D. SCOTT OLIVET, ARIK RUCHIM, and MARILYN SPIEGEL,<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  3:25-cv-02394 |

To: *(Defendant's name and address)*

SUMMONS IN A CIVIL ACTION

MICHELLE FRYMIRE
3473 Pine Tree Circle
Dallas, TX 75234

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY
1114 Dublin Road
Columbus, OH  43215
Telephone:  614/488-0400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CHRISTIAN CAPECE, CLERK OF COURT

Date:  11/6/2025

/s/ Erica Roberts

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. __3:25-cv-02394__

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated, | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No.  3:25-cv-02394 |
| SIX FLAGS ENTERTAINMENT CORPORATION, RICHARD A. ZIMMERMAN, SELIM BASSOUL, GARY MICK, LOUIS CARR, MICHELLE FRYMIRE, DANIEL HANRAHAN, CHIEH HUANG, JENNIFER MASON, ENRIQUE RAMIREZ MENA, D. SCOTT OLIVET, ARIK RUCHIM, and MARILYN SPIEGEL, | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

To: *(Defendant's name and address)*     SUMMONS IN A CIVIL ACTION

DANIEL HANRAHAN
2 Rue Riviere Drive
Edwards, CO 81632

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY
1114 Dublin Road
Columbus, OH  43215
Telephone:  614/488-0400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CHRISTIAN CAPECE, CLERK OF COURT

Date:  11/6/2025                                   /s/ Erica Roberts
                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-02394

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated,<br><br>*Plaintiff(s)*<br>v.<br><br>SIX FLAGS ENTERTAINMENT CORPORATION, RICHARD A. ZIMMERMAN, SELIM BASSOUL, GARY MICK, LOUIS CARR, MICHELLE FRYMIRE, DANIEL HANRAHAN, CHIEH HUANG, JENNIFER MASON, ENRIQUE RAMIREZ MENA, D. SCOTT OLIVET, ARIK RUCHIM, and MARILYN SPIEGEL,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:25-cv-02394<br>)<br>)<br>)<br>)<br>)<br>) |

To: *(Defendant's name and address)*

**SUMMONS IN A CIVIL ACTION**

CHIEH HUANG
90 Cypress Street
Millburn, NJ 07041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY
1114 Dublin Road
Columbus, OH 43215
Telephone: 614/488-0400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CHRISTIAN CAPECE, CLERK OF COURT*

Date: 11/6/2025

/s/ Erica Roberts

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:25-cv-02394

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated,<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>SIX FLAGS ENTERTAINMENT CORPORATION, RICHARD A. ZIMMERMAN, SELIM BASSOUL, GARY MICK, LOUIS CARR, MICHELLE FRYMIRE, DANIEL HANRAHAN, CHIEH HUANG, JENNIFER MASON, ENRIQUE RAMIREZ MENA, D. SCOTT OLIVET, ARIK RUCHIM, and MARILYN SPIEGEL,<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  3:25-cv-02394<br>)<br>)<br>)<br>)<br>)<br>) |

To: *(Defendant's name and address)*          SUMMONS IN A CIVIL ACTION

JENNIFER MASON
602 Kent Oaks Way
Gaithersburg, MD 20878


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY
1114 Dublin Road
Columbus, OH  43215
Telephone:  614/488-0400


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CHRISTIAN CAPECE, CLERK OF COURT*

Date: __11/6/2025__          __/s/ Erica Roberts__
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **3:25-cv-02394**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated, | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:25-cv-02394 |
| SIX FLAGS ENTERTAINMENT CORPORATION, RICHARD A. ZIMMERMAN, SELIM BASSOUL, GARY MICK, LOUIS CARR, MICHELLE FRYMIRE, DANIEL HANRAHAN, CHIEH HUANG, JENNIFER MASON, ENRIQUE RAMIREZ MENA, D. SCOTT OLIVET, ARIK RUCHIM, and MARILYN SPIEGEL, | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

To: *(Defendant's name and address)*     **SUMMONS IN A CIVIL ACTION**

ENRIQUE RAMIREZ MENA
6521 Timber Wolf Trail
Plano, TX 75093

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY
1114 Dublin Road
Columbus, OH 43215
Telephone: 614/488-0400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CHRISTIAN CAPECE, CLERK OF COURT*

Date: 11/6/2025          /s/ Erica Roberts

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   3:25-cv-02394

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                             *Server's signature*

                                                       _____
                                                             *Printed name and title*

                                                       _____
                                                             *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated,<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>SIX FLAGS ENTERTAINMENT CORPORATION, RICHARD A. ZIMMERMAN, SELIM BASSOUL, GARY MICK, LOUIS CARR, MICHELLE FRYMIRE, DANIEL HANRAHAN, CHIEH HUANG, JENNIFER MASON, ENRIQUE RAMIREZ MENA, D. SCOTT OLIVET, ARIK RUCHIM, and MARILYN SPIEGEL,<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  3:25-cv-02394<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

To: *(Defendant's name and address)*

**SUMMONS IN A CIVIL ACTION**

D. SCOTT OLIVET
2635 Bronzewood Drive
Tustin, CA 92782

A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                             MURRAY MURPHY MOUL + BASIL LLP
                             JOSEPH F. MURRAY
                             1114 Dublin Road
                             Columbus, OH  43215
                             Telephone:  614/488-0400

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CHRISTIAN CAPECE, CLERK OF COURT*

Date:  11/6/2025

/s/ Erica Roberts

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-02394

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*


                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated, )
)
)
)
)

*Plaintiff(s)*

v.

SIX FLAGS ENTERTAINMENT CORPORATION, RICHARD A. ZIMMERMAN, SELIM BASSOUL, GARY MICK, LOUIS CARR, MICHELLE FRYMIRE, DANIEL HANRAHAN, CHIEH HUANG, JENNIFER MASON, ENRIQUE RAMIREZ MENA, D. SCOTT OLIVET, ARIK RUCHIM, and MARILYN SPIEGEL,

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)

Civil Action No.  3:25-cv-02394

To: *(Defendant's name and address)*

**SUMMONS IN A CIVIL ACTION**

ARIK RUCHIM
55 West 25th Street, Apt. 34J
New York, NY 10010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY
1114 Dublin Road
Columbus, OH  43215
Telephone:  614/488-0400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CHRISTIAN CAPECE, CLERK OF COURT*

Date:  11/6/2025

/s/ Erica Roberts

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:25-cv-02394

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated, <br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>SIX FLAGS ENTERTAINMENT CORPORATION, RICHARD A. ZIMMERMAN, SELIM BASSOUL, GARY MICK, LOUIS CARR, MICHELLE FRYMIRE, DANIEL HANRAHAN, CHIEH HUANG, JENNIFER MASON, ENRIQUE RAMIREZ MENA, D. SCOTT OLIVET, ARIK RUCHIM, and MARILYN SPIEGEL,<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  3:25-cv-02394<br>)<br>)<br>)<br>)<br>)<br>) |

To: *(Defendant's name and address)*

**SUMMONS IN A CIVIL ACTION**

MARILYN SPIEGEL
9705 Winter Palace Drive
Las Vegas, NV 89145

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> MURRAY MURPHY MOUL + BASIL LLP
> JOSEPH F. MURRAY
> 1114 Dublin Road
> Columbus, OH  43215
> Telephone:  614/488-0400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CHRISTIAN CAPECE, CLERK OF COURT*

Date:  11/6/2025
_____

/s/ Erica Roberts
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:25-cv-02394

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: