**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> - v. - <br><br> SIX FLAGS ENTERTAINMENT CORPORATION, RICHARD A. ZIMMERMAN, SELIM BASSOUL, GARY MICK, LOUIS CARR, MICHELLE FRYMIRE, DANIEL HANRAHAN, CHIEH HUANG, JENNIFER MASON, ENRIQUE RAMIREZ MENA, D. SCOTT OLIVET, ARIK RUCHIM, and MARILYN SPIEGEL, <br><br> Defendants. | Civ. A. No. 3:25-cv-02394 <br><br> Judge Jeffrey J. Helmick |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING
TIME TO RESPOND TO COMPLAINT**

WHEREAS, on November 5, 2025, City of Livonia Employees' Retirement System ("Plaintiff") filed a putative class action complaint in the above-captioned action (the "Complaint") asserting claims against Six Flags Entertainment Corporation, Richard A. Zimmerman, Selim Bassoul, Gary Mick, Louis Carr, Michelle Frymire, Daniel Hanrahan, Chieh Huang, Jennifer Mason, Enrique Ramirez Mena, D. Scott Olivet, Arik Ruchim, and Marilyn Spiegel (collectively, "Defendants," and together with Plaintiff, the "Parties") under Sections 11 and 15 of the Securities Act of 1933 (the "Securities Act");

WHEREAS, the above-captioned action is governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 77z, et seq. (the "PSLRA");

WHEREAS, Plaintiff published notice of the action in accordance with the requirements of the PSLRA, 15 U.S.C. § 77z-1(a)(3)(A)(i), on November 5, 2025, triggering a 60-day deadline under the PSLRA, through and including January 5, 2026, for "any member of the purported class" to move the Court to serve as lead plaintiff, 15 U.S.C. § 77z-1(a)(3)(A)(i)(II); and

WHEREAS, counsel for the Parties have met and conferred and agree that in the interests of judicial economy, conservation of time and resources, and orderly management of this action, it would be more efficient to extend the time for Defendants to answer, move against, or otherwise respond to an operative complaint until after the Court's appointment of a lead plaintiff and the filing or designation of an operative complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Parties, subject to the approval of the Court, that:

1. Counsel for Defendants are authorized to and hereby do accept service of the Complaint on behalf of all Defendants;

2. Defendants shall not be required to answer, move against, or otherwise respond to the Complaint at this time; and

3. Within 14 days after the Court's appointment of a lead plaintiff pursuant to the PSLRA, the Court-appointed lead plaintiff and Defendants shall confer regarding, and submit to the Court for approval, a proposed schedule for the filing or designation of an operative complaint and Defendants' responses thereto.

Dated:  December 4, 2025

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

By: */s/ Joseph C. Weinstein*
Joseph C. Weinstein (23504)
Sean L. McGrane (91287)
James M. Brennan (101670)
1000 Key Tower
Cleveland, OH 44114
Phone: (216) 479-8500
Fax: (216) 479 8780
Joe.Weinstein@squirepb.com
Sean.McGrane@squirepb.com
James.Brennan@squirepb.com

WEIL, GOTSHAL & MANGES LLP


John A. Neuwirth*
Joshua S. Amsel*
Stefania D. Venezia*
Tanner S. Stanley*
767 Fifth Avenue
New York, NY 10153
Phone: (212) 310-8000
Fax: (212) 310-8007
John.Neuwirth@weil.com
Joshua.Amsel@weil.com
Stefania.Venezia@weil.com
Tanner.Stanley@weil.com

*Attorneys for Defendants*

**Motions for admission pro hac vice forthcoming*

MURRAY MURPHY MOUL + BASIL LLP

By: /s/ Joseph F. Murray
Joseph F. Murray (0063373)
1114 Dublin Road
Columbus, OH 43215
Phone: (614) 448-0400
Fax: (614) 448-0401
murray@mmmb.com

Brian E. Cochran
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Phone: (619) 231-1058
Fax: (619) 231-7423
bcochran@rgrdlaw.com

Samuel H. Rudman
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747
Phone: (631) 367-7100
Fax: (631) 367-1173 (fax)
srudman@rgrdlaw.com

Robert J. Robbins
ROBBINS GELLER RUDMAN & DOWD LLP
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Phone: (561) 750-3000
Fax: (561)- 750-3364
rrobbins@rgrdlaw.com

Thomas C. Michaud
VANOVERBEKE, MICHAUD &

TIMMONY, P.C.
79 Alfred Street
Detroit, MI 48201
Phone: (313)578-1200
Fax: (313) 578-1201
tmichaud@vmtlaw.com

*Counsel for Plaintiff City of Livonia Employees' Retirement System*

SO ORDERED.

Dated: _____, 2025

_____
Honorable Jeffrey J. Helmick
United States District Judge