UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | |
|---|---|
| CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated, ) ) ) ) Plaintiff, ) ) vs. ) ) SIX FLAGS ENTERTAINMENT ) CORPORATION, et al., ) ) Defendants. ) ) ) | No. 3:25-cv-02394-JJH<br><br>Judge Jeffrey J. Helmick<br><br><u>CLASS ACTION</u> |

**JOINT STATUS REPORT**

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY (0063373)
1114 Dublin Road
Columbus, OH 43215
Telephone: 614/488-0400
murray@mmmb.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
srudman@rgrdlaw.com

SQUIRE PATTON BOGGS (US) LLP
JOSEPH C. WEINSTEIN (23504)
SEAN L. MCGRANE (91287)
JAMES M. BRENNAN (101670)

ROBBINS GELLER RUDMAN
  & DOWD LLP
BRIAN E. COCHRAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
bcochran@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ROBERT J. ROBBINS
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
rrobbins@rgrdlaw.com

WEIL, GOTSHAL & MANGES LLP
JOHN A. NEUWIRTH
JOSHUA S. AMSE
STEFANIA D. VENEZIA

4929-7862-7975.v1

<div style="display: flex;">

<div>

1000 Key Tower
Cleveland, OH 44114
Phone: (216) 479-8500
Joe.Weinstein@squirepb.com
Sean.McGrane@squirepb.com
James.Brennan@squirepb.com


SCOTT D. Simpkins (0066775)
MANSOUR GAVIN, LPA
North Point Tower
1001 Lakeside Avenue E, Suite 1400
Cleveland, OH 44114
Telephone: (216) 523-1500
Facsimile: (216) 523-1705
E-mail: ssimpkins@mggmlpa.com

Local *Counsel for Lead Plaintiff Movant James Colvin Sr.*

</div>

<div>

TANNER S. STANLEY
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
John.Neuwirth@weil.com
Joshua.Amsel@weil.com
Stefania.Venezia@weil.com
Tanner.Stanley@weil.com

Kim E. Miller
KAHN SWICK & FOTI, LLC
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
E-mail: kim.miller@ksfcounsel.com

*Counsel for Lead Plaintiff Movant James Colvin Sr. and Proposed Lead Counsel for the Class*

</div>

</div>

4929-7862-7975.v1

Pursuant to the Court's December 15, 2025 Order (ECF 7), Plaintiff City of Livonia Employees' Retirement System ("Plaintiff"); Defendants Six Flags Entertainment Corporation, Richard A. Zimmerman, Selim Bassoul, Gary Mick, Louis Carr, Michelle Frymire, Daniel Hanrahan, Chieh Huang, Jennifer Mason, Enrique Ramirez Mena, D. Scott Olivet, Arik Ruchim, and Marilyn Spiegel (collectively, "Defendants"); and Lead Plaintiff Movant James Colvin, Sr. (collectively with Plaintiff and Defendants, the "Parties") respectfully submit this joint status report.

On November 5, 2025, Plaintiff filed a putative class action complaint in the above-captioned action (the "Complaint") asserting claims against Defendants under §§11 and 15 of the Securities Act of 1933 (the "Securities Act").  ECF 1.  This action is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §77z, *et seq*.

Also on November 5, 2025, Plaintiff published notice of the action in accordance with the requirements of the PSLRA, 15 U.S.C. §77z-1(a)(3)(A)(i), triggering a 60-day deadline under the PSLRA, through and including January 5, 2026, for "any member of the purported class" to move the Court to serve as lead plaintiff, 15 U.S.C. §77z-1(a)(3)(A)(i)(II).

On January 5, 2026, four motions for appointment as lead plaintiff were filed:

1. Thomas C. Sandys, individually and as Trustee for the Thomas C. Sandys Trust, and Kathleen A. Sandys, individually and as Trustee for the Kathleen A. Sandys Trust (collectively, the "Sandys Family"), filed a motion for appointment as lead plaintiffs and approval of their selection of lead counsel, and a corrected motion on January 7, 2026 (ECFs 8, 13);

2. James Colvin Sr. filed a motion for appointment as lead plaintiff and approval of his selection of lead counsel (ECF 9);

3. Harold Weber filed a motion for appointment as lead plaintiff and approval of his selection of counsel (ECF 10); and

- 2 -

4.     Public School Teachers' Pension and Retirement Fund of Chicago filed a motion for appointment as lead plaintiff and approval of its selection of lead counsel (ECF 11).

On January 12, 2026, movant Harold Weber filed a Notice of Non-Opposition to the competing motions for appointment as lead plaintiff, acknowledging that he does not possess the largest financial interest among the movants. ECF 14.

Pursuant to L.R. 7.1, any memoranda in opposition to the motions filed on January 5, 2026 are due on January 20, 2026, and any reply briefs are due on January 27, 2026.

The Court's December 15, 2025 Order further directed counsel to evaluate what, if any, impact *Whitfield v. Bassoul*, No. 3:25-cv-02599-JJH (N.D. Ohio), has on this action. *Whitfield* is a shareholder derivative action that asserts claims under §14(a) of the Securities Exchange Act of 1934 and Rule 14a-9, 17 CFR §240.14a-9, and claims for breach of fiduciary duty, aiding and abetting breach of fiduciary duty, unjust enrichment, abuse of control, and waste of corporate assets. Those claims arise out of some of the same or similar factual allegations as those asserted here. However, the *Whitfield* action does not impact the PSLRA-mandated lead plaintiff appointment process in this action.

As for next steps, the Parties have met and conferred on a schedule for the filing of an amended complaint and Defendants' anticipated motion to dismiss. The Parties propose the following schedule:

1.     Lead plaintiff shall designate the Complaint as the operative complaint or file an amended complaint no later than 60 days following the Court's appointment of lead plaintiff;

2.     Defendants shall file their motion to dismiss the Complaint or the amended complaint, as applicable, no later than 60 days following the designation of the Complaint as the operative complaint or the filing of the amended complaint;

- 2 -

    3.      Lead plaintiff shall file their opposition to Defendants' motion to dismiss no later than 60 days following the filing of Defendants' motion to dismiss; and

    4.      Defendants shall file their reply brief 30 days following the filing of Plaintiff's opposition.

DATED:  January 15, 2026

Respectfully submitted,

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY (0063373)

                      s/ Joseph F. Murray
JOSEPH F. MURRAY (0063373)

1114 Dublin Road
Columbus, OH  43215
Telephone:  614/488-0400
614/488-0401 (fax)
murray@mmmb.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
BRIAN E. COCHRAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
bcochran@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

- 4 -

        ROBBINS GELLER RUDMAN
          & DOWD LLP
        ROBERT J. ROBBINS
        225 NE Mizner Boulevard, Suite 720
        Boca Raton, FL  33432
        Telephone:  561/750-3000
        561/750-3364 (fax)
        rrobbins@rgrdlaw.com

        VANOVERBEKE, MICHAUD &
          TIMMONY, P.C.
        THOMAS C. MICHAUD
        79 Alfred Street
        Detroit, MI  48201
        Telephone:  313/578-1200
        313/578-1201 (fax)
        tmichaud@vmtlaw.com

        *Counsel for Plaintiff*

4929-7862-7975.v1

- 5 -

        SQUIRE PATTON BOGGS (US) LLP
        By: */s/* Joseph C. Weinstein (with permission)
        Joseph C. Weinstein (23504)
        Sean L. McGrane (91287)
        James M. Brennan (101670)
        1000 Key Tower
        Cleveland, OH 44114
        Phone: (216) 479-8500
        Fax: (216) 479 8780
        Joe.Weinstein@squirepb.com
        Sean.McGrane@squirepb.com
        James.Brennan@squirepb.com

        WEIL, GOTSHAL & MANGES LLP
        John A. Neuwirth (*pro hac vice*)
        Joshua S. Amsel (*pro hac vice*)
        Stefania D. Venezia (*pro hac vice*)
        Tanner S. Stanley (*pro hac vice*)
        767 Fifth Avenue
        New York, NY 10153
        Phone: (212) 310-8000
        Fax: (212) 310-8007
        John.Neuwirth@weil.com
        Joshua.Amsel@weil.com
        Stefania.Venezia@weil.com
        Tanner.Stanley@weil.com

        *Counsel for Defendants*

<div style="text-align: right">

MANSOUR GAVIN, LPA
/s/ Scott D. Simpkins (with permission)
Scott D. Simpkins (0066775)
North Point Tower
1001 Lakeside Avenue E, Suite 1400
Cleveland, OH 44114
Telephone: (216) 523-1500
Facsimile: (216) 523-1705
E-mail: ssimpkins@mggmlpa.com

*Local Counsel for Lead Plaintiff Movant James Colvin Sr.*

KAHN SWICK & FOTI, LLC
Kim E. Miller
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
E-Mail: kim.miller@ksfcounsel.com

*Counsel for Lead Plaintiff Movant*
 *James Colvin Sr. and*
*Proposed Lead Counsel for the Class*

</div>

- 6 -

CERTIFICATE OF SERVICE

     I hereby certify that the foregoing was filed electronically on January 15, 2026. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                               s/ Joseph F. Murray
                                               Joseph F. Murray (0063373)