UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

City of Livonia Employees' Retirement System, *on behalf of itself and all others similarly situated*,

Plaintiff,

v.

Six Flags Entertainment Corp., *et al.*,

Defendants.

Case No. 3:25-cv-2394

ORDER

On October 22, 2026, the movants for appointment as lead plaintiff and approval of lead counsel filed a stipulation proposing that the Public School Teachers' Pension and Retirement Fund of Chicago ("CTPF") be appointed as lead plaintiff and that Robbins Geller Rudman & Dowd LLP by appointed as lead counsel. (Doc. No. 29). I accept the movants' stipulation and order as follows:

1. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §77z-1(a)(3)(B), CTPF's motion, (Doc. No. 11), is granted and CTPF is appointed as Lead Plaintiff in the Action. The other pending motions for appointment, (Doc. Nos. 8, 9, 10, and 13), are denied.

2. The file in Case No. 3:25-cv-02394-JJH shall be the master file for the action. All securities class actions arising out of the same or substantially similar facts and claims on behalf of purchasers of Six Flags securities subsequently filed in, or transferred to, this District shall be consolidated into this action. The parties shall notify the Court of any other such related action within a reasonable time of becoming aware of such related action. This Order shall apply to every such action, absent another order of the Court. A party objecting to such consolidation, or to any

other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action.

3. Pursuant to 15 U.S.C. §77z-1(a)(3)(B)(v), Lead Plaintiff's selection of counsel is approved, and Robbins Geller Rudman & Dowd LLP is appointed as Lead Counsel for the class and Murray Murphy Moul + Basil LLP is appointed as Local Counsel. Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

a. the briefing and argument of any and all motions;

b. the conduct of any and all discovery proceedings including depositions;

c. settlement negotiations;

d. the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required (including to Local Counsel, the Sandys Family's counsel, and Colvin's counsel, as appropriate);

e. the preparation and filing of all pleadings; and

f. the supervision of all other matters concerning the prosecution or resolution of the action.

4. The parties' schedule set forth in the January 15, 2026 joint status report shall apply to the action. (*See* Doc. No. 20).

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge